DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDDIE PACE,**
Appellant,

v.

**COCA-COLA REFRESHMENTS USA, INC.,**
Appellee.

No. 4D17-3887

[December 20, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 12-15379CACE.

Scott M. Behren of the Behren Law Firm, Weston, for appellant.

Morey Raiskin and Nicole Cuccaro of Zimmerman Kiser Sutcliffe, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***